# KING MOENCH & COLLINS

A Limited Liability Partnership†

ATTORNEYS AT LAW

**PETER J. KING**◊
PKing@kingmoench.com
**MATTHEW C. MOENCH\***
MMoench@kingmoench.com
**MICHAEL L. COLLINS\***
MCollins@kingmoench.com
_____
**NAKICHA T. JOSEPH**
NJoseph@kingmoench.com

**Of Counsel**
**ROMAN B. HIRNIAK**
RHirniak@kingmoench.com

◊ Certified by the Supreme Court of New Jersey as a Municipal Court Attorney

\* Member of the Bar of New York

**51 GIBRALTAR DRIVE – SUITE 2F**
**MORRIS PLAINS, NEW JERSEY 07950-1254**

_____

**973-998-6860**
Facsimile: 973-998-6863

**RED BANK OFFICE**

**365 BROAD STREET, SUITE 4R**
**RED BANK, NEW JERSEY 07701**

_____

**732-546-3670**



July 27, 2022

**VIA ELECTRONIC MAIL**
Hon. Douglas E. Arpert
United States Magistrate Judge
Clarkson S. Fisher Fed. Bldg. & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

  **RE:**  **Caporale, et al. v. Cellco Partnership d/b/a Verizon Wireless,**
     **Case No. 3:21-cv-20484-ZNQ-DEA**

     **Peede, Jr. v. Cellco Partnership d/b/a Verizon Wireless,**
     **Case No. 3:22-cv-00611-ZNQ-DEA**

Dear Judge Arpert:

  We write on behalf of counsel for Plaintiffs and Defendant to jointly request an extension from July 29, 2022 to August 2, 2022 of the deadline to file a joint status report before the telephonic status conference scheduled for August 10, 2022.  The parties are continuing to engage in good-faith discussions regarding their discovery disputes and a four-day extension will permit the parties one last opportunity to reach an agreement before submitting any remaining disputes to the Court.

  We thank you for the Court's consideration of this request.

**KING MOENCH & COLLINS, LLP**

**SO ORDERED** on this 28th day of July 2022,

_/s/ Matthew C. Moench, Esq._
By: Matthew C. Moench, Esq.

_____
DOUGLAS E. ARPERT
UNITED STATES MAGISTRATE JUDGE