UNITED STATES DISTRICT COURT DISTRICT

OF NEW JERSEY

| | |
|---|---|
| JUSTIN CAPORALE, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>CELLCO PARTNERSHIP *d/b/a*<br>VERIZON WIRELESS,<br><br>    Defendant. | Civil No. 21-20484 (ZNQ)(DEA) |
| ROBERT PEEDE, JR.,<br><br>    Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP *d/b/a*<br>VERIZON WIRELESS,<br><br>    Defendant. | Civil No. 22-00611 (ZNQ)(DEA) |

## **CONSOLIDATED ORDER**

These matters having come before the Court on an informal application by Plaintiffs (21-20484, ECF No. 20; 22-00611, ECF No. 15) to compel certain discovery; and Defendant having objected to the discovery sought by Plaintiffs; and the Court having heard argument on Plaintiffs' application on August 16, 2022; and for the reasons set forth on the record,

**IT IS** on this 16th day of August, 2022,

**ORDERED** that except as set forth in paragraph 2 below, Plaintiffs' application (21-20484, ECF No. 20; 22-00611, ECF No. 15) is **DENIED**; and it is further

**ORDERED** that no further discovery will be permitted except that which Defendant has previously agreed to produce with respect to each of the named Plaintiffs (i.e., to identify the information/data preserved by Defendant in response to the subject Subpoenas, to identify the time-period for which Defendant preserved such information/data, and to identify the length of time Defendant will preserve such information/data); and it is further

**ORDERED** that Defendant shall produce the discovery described in paragraph 2 above **by August 23, 2022**; and it is further

**ORDERED** that thereafter, counsel must meet and confer in a good faith effort to agree on "next steps" to advance these actions and shall submit a joint status report to the **Court by September 16, 2022.**

s/ *Douglas E. Arpert*
**DOUGLAS E. ARPERT**
**UNITED STATES MAGISTRATE JUDGE**