

**ATTORNEYS AT LAW**

| | | |
|---|---|---|
| PETER J. KING ◊ | Writer's Address: | Red Bank Office: |
| **MATTHEW C. MOENCH** * | | |
| MICHAEL L. COLLINS * | 51 Gibraltar Drive, Suite 2F | 365 Broad Street, Suite 4R |
| | Morris Plains, NJ 07950 | Red Bank, NJ 07701 |
| ROMAN B. HIRNIAK ^ | (973) 998-6860 | (732) 546-3670 |
| KRISHNA R. JHAVERI *+ | | |
| TIFFANY TAGARELLI | E-Mail: | Website: |
| | mmoench@kingmoench.com | www.kingmoench.com |

◊ Certified by the Supreme Court of New Jersey
  as a Municipal Court Attorney
* Also Member of the New York Bar
+ Also Member of the Arizona Bar
^ Of Counsel

A limited liability partnership of Peter J. King, LLC, Moench Law, LLC & Collins Law, LLC

October 17, 2022

**VIA ECF**
Hon. Zahid N. Quraishi
United States District Judge
Clarkson S. Fisher Fed. Bldg. & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

       **RE:**   **Peede, Jr. v. Cellco Partnership d/b/a Verizon Wireless,**
             **Case No. 3:22-cv-00611-ZNQ-DEA**

Dear Judge Quraishi:

The undersigned represents Plaintiff in the above-referenced matter. Enclosed is a supplemental Declaration which includes a redlined version of Plaintiff's proposed First Amended Complaint. This Declaration can replace the one initially filed with the Motion for Leave to Amend, dated October 15, 2022.

    Thank you.

                           Respectfully submitted,

                         /s/ *Matthew C. Moench*
                         Matthew C. Moench, Esq.

cc: All Counsel of Record (via ECF)